IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

RICHARD E. UNDERWOOD,

    *Plaintiff*,

v.                                             CASE NO. 5:17CV92
                                              JUDGE STAMP

DONALD S. MITCHELL and WENDI
MITCHELL dba STEVE MITCHELL
ELECTRICAL CONTRACTING, and
STEVE MITCHELL ELECTRICAL
CONTRACTING, LLC, a West Virginia
Limited Liability Company,

    *Defendants*.

## DISMISSAL ORDER

This day came the Plaintiff, by his counsel, Steven M. Recht, Esq., and also came the Defendants, by their counsel, William R. Kiefer, Esq., and represented unto the Court that all matters in controversy in the above-styled civil action have been compromised and settled, and upon their joint motion, it is ORDERED that this case be, and the same is hereby, dismissed with prejudice and the case stricken from the Court's docket.

                                  Enter:     June 6, 2018

                                    /s/ Frederick P. Stamp, Jr.
                                    HON. FREDERICK P. STAMP, JR.